UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RELIASTAR LIFE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> ROHIT MANGAL, <br><br> Defendant. | Civil Action No.: 16-8364 (JLL) <br><br> **ORDER** |

**LINARES**, District Judge

This matter comes before the Court by way of Plaintiff Reliastar Life Insurance Co.'s Motion to Enter Default Judgment against Defendant Rohit Mangal. (ECF No. 9). The Court has not received any opposition to the aforementioned Motion.

IT IS THEREFORE on this 30th day of January, 2017

**ORDERED** that Plaintiff's Motion to Enter Default Judgment is hereby GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter closed.

IT IS SO ORDERED.

Hon. Jose L. Linares,
United States District Judge